UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THOMAS FRANK URBAN,

      Petitioner,                 Case No.  07-15092

v.                                   HONORABLE AVERN COHN

MARY BERGHUIS,

      Respondent.
_____/

## JUDGMENT

For the reasons stated in the Memorandum and Order Adopting Report and Recommendation, etc. entered and filed on this date, judgment is entered in favor of the respondent and against the petitioner and the case is DISMISSED.

                                      DAVID WEAVER

Dated: January 28, 2010         By: s/Julie Owens
                                               Deputy Clerk

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 28, 2010, by electronic and/or ordinary mail.

                                        s/Julie Owens
                                        Case Manager, (313) 234-5160